157 A.3d 856

LAWRENCE WRIGHT, PLAINTIFF–RESPONDENT, v.
UNITED FOOD AND COMMERCIAL WORKERS
LOCAL 152, DEFENDANT–PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004464–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 856

LISA LOMBARDI, PLAINTIFF–RESPONDENT, v. ANTHONY
A. LOMBARDI, DEFENDANT–PETITIONER.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003624–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.